# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **Nicolas Lopez Arzate,**<br><br>    *Petitioner*,<br><br>v.<br><br>**KRISTI NOEM, Secretary of the United States Department of Homeland Security; PAMELA BONDI, United States Attorney General; MIGUEL VERGARA, San Antonio Field Office Director for Enforcement and Removal, U.S. Immigration and Customs Enforcement, Department of Homeland Security; CHARLOTTE COLLINS, Warden, T. Don Hutto Detention Center, Taylor, Texas; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,**<br><br>    *Respondents*. | Civil No. 1:25-cv-2008 |
| **Cesar Portugues Sanchez,**<br><br>    *Petitioner*,<br><br>v.<br><br>**KRISTI NOEM, Secretary of the United States Department of Homeland Security; PAMELA BONDI, United States Attorney General; MIGUEL VERGARA, San Antonio Field Office Director for Enforcement and Removal, U.S. Immigration and Customs Enforcement, Department of Homeland Security; CHARLOTTE COLLINS, Warden, T. Don Hutto Detention Center, Taylor, Texas; UNITED STATES DEPARTMENT OF** | Civil No. 1:25-cv-2010 |

**HOMELAND SECURITY; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,**

                *Respondents*.

## ORDER CANCELING HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case having been set for **STATUS CONFERENCE AND MOTION HEARING** on Petitioners' Motions for Preliminary Injunction (ECF No. 2 in -2008 case; ECF No. 2 in -2010 case) and Petitions for Writ of Habeus Corpus (ECF No. 1 in -2008 case; ECF No. 1 in -2010 case) on **Monday, January 12, 2026, at 10:30 AM** is hereby **CANCELED.**

**SIGNED** on January 9, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE